AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:13-CV-831

## Proof of Service
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for Brian Kelmar was received by Due ProcessUSA on December 23, 2013

[X] I personally served the summons on the individual at 2661 Hull St Richmond, VA 23224
on *December 26, 2013*; or

[ ] I returned the summons unexecuted because _____.

[ ] Other *(specify)*: _____.

The fees are $ 00.00 for travel and $65.00 for services, for a total of
$65.00.

Approximate physical description of the person served;

Gender: Male    Race/Skin: White    Hair: Gray    Glasses: Yes    Age: 58    Height: 5"5    Weight: 155

I declare under the penalty of perjury that this information is true.

Date December 27, 2013

Ronica Brice
Contracted by Due ProcessUSA
10005 Old Columbia Rd
Suite M-150
Columbia, MD 21046
        800-228-0484

13-057370
Joel S. Aronson